IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,

Plaintiff, No. CIV S-06-1400 FCD KJM P

vs.

C. PAZOS, et al.,

Defendants. ORDER

______________________________/

On January 24, 2007, plaintiff filed a motion asking the court to reconsider its order of January 9, 2007, insofar as the court did not find service appropriate for defendant Penner and to stay the service for the remaining defendants until defendant Penner is added to the service list.

In this complaint, plaintiff seeks injunctive relief against defendant Penner because Penner did not inform the medical authorization committee why he wrote certain prescriptions for plaintiff and did nothing to prevent his prescriptions from being overridden. Complaint at 13. These allegations do not state an Eighth Amendment violation. Benson v. Cady, 761 F.2d 335, 341 (7th Cir. 1985).

/////

/////

Accordingly, IT IS HEREBY ORDERED that plaintiff's January 24, 2007 motion for reconsideration and for a stay of service is denied.

DATED: April 5, 2007.

U.S. MAGISTRATE JUDGE

2
aver1400.ord