IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,

      Plaintiff,                    No. CIV S-06-1400 FCD KJM P

   vs.

C. PAZOS, et al.,

      Defendant.            <u>ORDER</u>

                                 /

         Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On April 25, 2007, this court issued discovery and scheduling orders. Plaintiff has now filed an application for a stay of the deadlines established by the orders because he is "out to court" and thus separated from his legal property; in the alternative, he asks for an order directing CDCR to ensure that his legal property follows him during any move and to allow him at least an hour a week in the law library.

         Defendants have not opposed the request for a stay.

         IT IS HEREBY ORDERED that:

         1. Plaintiff's April 27, 2007 motion for a stay of the proceedings is granted.

         2. The dates set in the April 25, 2007 discovery and scheduling orders are hereby vacated.

1

1         3. Within thirty days of the date of this order, plaintiff must file a status report,
2  informing the court and the parties whether he has received the property necessary to participate
3  in the discovery process.  If plaintiff has not been given access to his property by that time, he
4  shall file status reports thereafter at thirty day intervals.
5         4. Within thirty days of receiving his legal property, plaintiff shall file a request
6  to lift the stay.
7         5. Failure to comply with this order will result in a recommendation that the
8  action be dismissed.
9  DATED: May 3, 2007.

_____
U.S. MAGISTRATE JUDGE

2
aver1400.sty