IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,

      Plaintiff,                    No. CIV S-06-1400 FCD KJM P

   vs.

C. PAZOS, et al.,

      Defendants.            <u>ORDER</u>

         Plaintiff is a state prison inmate proceeding pro se with a civil rights action. On May 3, 2007, the court granted plaintiff's request to stay discovery proceedings.

         Plaintiff has now reported that his legal and personal property has been returned and requests that the stay be lifted. He also requests that no orders issue until after October 12, 2007, so that he may engage in settlement negotiations with counsel for defendants; he also asks the court to direct the parties to file status reports. Finally, he has filed a motion for the entry of default judgment.

I.  <u>The Stay And A New Schedule</u>

         Because plaintiff has received his legal materials, it is appropriate to lift the stay. It is also appropriate to set a schedule for discovery; nothing prevents plaintiff from attempting to resolve the case while discovery is proceeding.

1

II. <u>Motion For The Entry Of Default</u>

Plaintiff asks for the entry of a default judgment against defendant Pazos. However, on August 29, 2007, defendant Pazos filed an answer to the complaint.

IT IS HEREBY ORDERED that:

1. The stay of the discovery entered May 3, 2007 is hereby lifted.

2. The parties may conduct discovery until February 4, 2008.  Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Federal Rules of Civil Procedure 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

3. All pretrial motions, except motions to compel discovery, shall be filed on or before March 31, 2008.  Motions shall be briefed in accordance with paragraph 8 of this court's order filed February 1, 2007.

4. Further dates will be set, if necessary, following the resolution of dispositive motions.

DATED:  October 12, 2007.

_____
U.S. MAGISTRATE JUDGE

2
aver1400.ord