IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,

      Plaintiff,                       No. CIV S-06-1400 FCD KJM P

   vs.

C. PAZOS, et al.,

      Defendants.               <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed (docket no. 59). Defendants do not oppose the request. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: March 31, 2008.

                                      _____
                                      U.S. MAGISTRATE JUDGE

/aver1400.59